**Irvin Hannis CATLETT, Jr., Plaintiff—Appellant,**

v.

**COUNTY OF WORCESTER; Phillip Fort, Sgt., Defendants— Appellees,**

**and**

**State of Maryland; Joel Todd, States Attorney, Defendants.**

No. 11–7689.

United States Court of Appeals, Fourth Circuit.

Submitted: May 24, 2012.

Decided: May 30, 2012.

Irvin Hannis Catlett, Jr., Appellant Pro Se. John Francis Breads, Jr., Hanover, Maryland; Nichole Cherie Gatewood, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Irvin Hannis Catlett appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Catlett v. Worcester*, No. 8:11–cv–00162–PJM, 2011 WL 6002044 (D.Md. Nov. 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*